# ALAN D. LEVINE

ATTORNEY AT LAW

80-02 KEW GARDENS ROAD

KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 261-0317
E-MAIL: alandlaw@justice.com

August 14, 2018

**Via ECF**

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722-9014

Re:  Alcantara v. Correale, et al.
17-cv-05084 (JFB) (AKT)

Dear Judge Tomlinson:

I am writing this letter on behalf of the attorneys for all the parties in this action. I am the attorney for the plaintiffs. During the recent telephone conference with the court, Your Honor ordered that plaintiffs comply with defendants' discovery demands no later than August 9, 2018. Plaintiffs did so on August 8, 2018. Your Honor also set a new discovery schedule in the action. However, the new schedule has not been docketed. On behalf of the attorney for the defendants and myself, I am requesting that the new schedule be entered upon the court's docket.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL

cc: Joseph F. Pusateri, Esq. (**Via ECF**)