# REBORE, THORPE & PISARELLO, P.C.
ATTORNEYS AT LAW

TIMOTHY J. DUNN, III
BRIAN A. A'HEARN
JOSEPH F. PUSATERI
MARIFLOR LEMAGNE
*Of Counsel:*
MICHELLE S. RUSSO

500 BI-COUNTY BLVD, SUITE 102
FARMINGDALE, N.Y. 11735
Phone: (631) 249-6600
Fax: (631) 249-8190

January 10, 2019

Magistrate Judge, A. Kathleen Tomlinson
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

      Re: Alcantara v. County of Nassau
        <u>2:17-CV-05084 (JFB) (AKT)</u>

Dear Magistrate Judge Tomlinson:

  In compliance with Your Honor's decision of January 2, 2019, I was able to confirm that P.O. Jason M. Dodd has returned from military leave. The plaintiff and I have scheduled the following depositions:

1. P.O. Jason M. Dodd for January 21, 2019 at 1:00 p.m.; and

2. P.O. Jonathan Panuthos for January 21, 2019 at 3:30 p.m.

  I am in the process of scheduling the independent medical examination of plaintiff, Alba Mejia DeBonilla.

            Very Truly Yours,

            REBORE, THORPE & PISARELLO, P.C.

            Joseph F. Pusateri, Esq.

JFP:jef

cc: Alan D. Levine, Esq.