# REBORE, THORPE & PISARELLO, P.C.
## ATTORNEYS AT LAW

TIMOTHY J. DUNN, III
BRIAN A. A'HEARN
JOSEPH F. PUSATERI
MARIFLOR LEMAGNE
*Of Counsel:*
MICHELLE S. RUSSO

500 BI-COUNTY BLVD, SUITE 102
FARMINGDALE, N.Y. 11735
Phone: (631) 249-6600
Fax: (631) 249-8190

January 3, 2020

Filed Via ECF
Honorable Steven M. Gold
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

Re: Alcantara v. County of Nassau Et.al.
2:17-CV-05084 (CBA) (SMG)

Dear Magistrate Judge Gold:

I am counsel for the County Defendants in this matter. I am reporting as to the current status of the settlement documents regarding this matter. Today, I conferred with Plaintiff's counsel, Alan Levin, and he advised me that he mailed out the executed closing papers to me on December 26, 2019, certified mail return receipt requested. To date, I have not received them, which is necessary to process settlement.

It is respectfully requested by the parties that we be given 60 days to either file the stipulation of dismissal or to report back to Your Honor as to the status of the matter.

Very truly yours,

REBORE, THORPE & PISARELLO, P.C.

Joseph F. Pusateri

cc: Law Office of Alan Levine
    80-02 Kew Gardens Road, Suite 307
    Farmingdale, NY  11735
    Attention: Alan Levine, Esq.