# REBORE, THORPE & PISARELLO, P.C.
## ATTORNEYS AT LAW

TIMOTHY J. DUNN, III
BRIAN A. A'HEARN
JOSEPH F. PUSATERI
MARIFLOR LEMAGNE
*Of Counsel:*
MICHELLE S. RUSSO

500 BI-COUNTY BLVD, SUITE 102
FARMINGDALE, N.Y. 11735
Phone: (631) 249-6600
Fax: (631) 249-8190

February 28, 2020

<u>Filed Via ECF</u>
Honorable Steven M. Gold
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

Re: <u>Alcantara v. County of Nassau Et.al.<br>2:17-CV-05084 (CBA) (SMG)</u>

Dear Magistrate Judge Gold:

I am counsel for the County Defendants in this matter. I am reporting as to the current status of the settlement documents regarding this matter. Today, I conferred with Plaintiff's counsel, Alan D. Levin, and I advised him that I was informed by the County Attorney's Office that the Nassau County Comptroller had processed the payment of the settlement but the checks were not yet printed. I hope to have them, in hand, within the next two weeks.

As a result of the above, it is respectfully requested by the parties that we be given 45 days to either file the stipulation of dismissal or to report back to Your Honor as to the status of the matter.

Very truly yours,

REBORE, THORPE & PISARELLO, P.C.

Joseph F. Pusateri

cc: Via ECF Only
    Law Office of Alan Levine
    80-02 Kew Gardens Road, Suite 307
    Farmingdale, NY 11735
    Attention: Alan Levine, Esq.